**In re David Lawrence DIXON, Petitioner.**

No. 01–7381.

United States Court of Appeals, Fourth Circuit.

Submitted Oct. 17, 2001.

Decided Oct. 30, 2001.

David Lawrence Dixon, Petitioner pro se.

Before MOTZ and NIEMEYER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

On August 23, 2001, David L. Dixon filed this petition for a writ of mandamus seeking an order directing the district court to act on his habeas corpus petition filed pursuant to 28 U.S.C.A. § 2254 (West 1994 & Supp.2001) on October 29, 1999. Shortly thereafter, on September 26, 2001, the district court entered an order dismissing Dixon's habeas petition. Because the district court has disposed of Dixon's petition and closed the case on its docket, Dixon's petition for a writ of mandamus is moot. Accordingly, although we grant Dixon's motion to proceed in forma pauperis, we deny the petition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*PETITION DENIED.*